[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAR 29, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-14188
Non-Argument Calendar

_____

D. C. Docket No. 03-00508-CR-1-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

HUMBERTO SOSA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(March 29, 2006)

Before BLACK, BARKETT and PRYOR, Circuit Judges.

PER CURIAM:

Lynn Fant, appointed counsel for Humberto Sosa in this direct criminal

appeal, has filed a motion to withdraw from further representation of the appellant supported by a brief prepared pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Sosa's convictions and sentences are **AFFIRMED**.